CASE NO. 11-60976-CIV-Lenard/O'Sullivan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60976-CIV-Lenard/O'Sullivan

GARY F. THOMPSON,

        Plaintiff,

vs.

BUREAU OF COLLECTION RECOVERY, LLC,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, BUREAU OF COLLECTION RECOVERY, LLC, hereby serves notice upon the Court that a settlement has been reached with Plaintiff as to this Defendant.

The parties are in the process of preparing the appropriate settlement documents for submittal to the Court, and are optimistic that such documents will be served and filed within the next 15 to 20 days upon Plaintiff's execution of a proposed release acceptable to the parties, as well as the transfer of the settlement payment and executed documents.

Dated: June 29, 2011.

        Respectfully submitted,

        *s/David P. Hartnett*
        David P. Hartnett
        Florida Bar No. 0946631
        Barbara Fernandez
        Florida Bar No. 0493767
        dhartnett@hinshawlaw.com
        Hinshaw & Culbertson LLP
        9155 S. Dadeland Boulevard, Suite 1600
        Miami, Florida 33156-2741
        Tel. No. 305-358-7747
        Fax No. 305-577-1063

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day, in the manner specified above on all counsel of record listed below.

Donald A. Yarbrough, Esquire
Post Office Box 11842
Ft. Lauderdale, FL  33339
Phone:  954 537-2000
Fax:  954 566-2235
donyarbrough@mindspring.com

*s/David P. Hartnett*
David P. Hartnett
Barbara Fernandez
